IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PAUL VEIRA,

      Appellant,

v.

Case No.  5D22-11
LT Case No.  2009-CF-002031-A

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 19, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Donna L. McIntosh, Judge.

Paul Veira, Daytona Beach, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED. See Simmons v. State, 332 So. 3d 1129 (Fla. 5th DCA

2022).

COHEN, WALLIS and EDWARDS, JJ., concur.